UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Cushaw Banacek Barnett

    v.                    Civil No. 13-cv-00137-JL

Steven J. McAuliffe,
U.S. District Judge

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case as the defendant is a member of this court.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 8, 2013

cc:  Cushaw Banacek Barnett, pro se