UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Barnett</u>

    v.                                                Case No. 13-cv-137-PB

<u>Steven J. McAuliffe</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

SO ORDERED.

                                                <u>/s/Paul Barbadoro</u>
                                                Paul Barbadoro
                                                United States District Judge

May 9, 2013

cc: Cushaw B. Barnett. Pro se