UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Barnett</u>

    v.                              Civil No. 13-cv-137

<u>Steven J. McAuliffe</u>

<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

May 14, 2013

cc:   Cushaw B. Barnett, pro se