UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Cushaw Barnett

    v.                              Civil No. 13-cv-137

Steven J. McAuliffe


O R D E R

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

May 14, 2013

cc:   Cushaw B. Barnett, pro se