UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Barnett</u>

    v.                                Civil No. 1:13-cv-137

<u>Steven J. McAuliffe</u>

## O R D E R

All active service district judges in this district are recused from presiding over this case.  Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f).  I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

                                        /s/ Joseph N. Laplante
                                        Joseph N. Laplante
                                        Chief Judge

Date: May 16, 2013

cc:  Cushaw Barnett, pro se
     Clerk, USDC-District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cushaw Barnett

    v.                                          Civil No. 1:13-cv-137

Steven J. McAuliffe

## CONCURRING ORDER

I concur that **Mary M. Lisi**, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge **Patricia A. Sullivan** is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: **May 17, 2013**     /s/Mary M. Lisi
                                               Chief United States District Judge
                                               District of Rhode Island

cc:  Cushaw Barnett, pro se
      Clerk, USDC-District of New Hampshire